UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CC METALS & ALLOYS, LLC,                                                        Plaintiff,

v.                                                          Civil Action No. 3:22-cv-103-DJH

AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY and FORTITUDE
REINSURANCE COMPANY LTD.,                                                      Defendants.

* * * * *

## ORDER

This matter was filed on February 21, 2022.  (Docket No. 1)  Although the caption of the complaint reads "Western District of Kentucky Louisville Division," the body of the complaint makes clear that the case should have been filed in the Western District of Kentucky, Paducah Division.  (*See id.*, PageID # 7–8 (stating that venue is proper because "a substantial part of the events giving rise to the claim occurred in this district and the [Plaintiff's] Site," which is located in Calvert City, Kentucky))  Calvert City is located in Marshall County, which is in the Western District of Kentucky, Paducah Division.  *See* LR 3.1(b)(4).  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **TRANSFERRED** to the United States District Court for the Western District of Kentucky, Paducah Division.  *See* 28 U.S.C. § 1406(a).

April 27, 2022

David J. Hale, Judge
United States District Court

1